IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01466-MSK-MJW

RUNNING FOXES PETROLEUM, INC.,

Plaintiff(s),

v.

NIGHTHAWK PRODUCTION LLC,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Defendant Nighthawk Production LLC's Motion to Stay Deadline for Filing a Responsive Pleading to the First Amended Complaint (Docket No. 60) is granted as follows.  Defendant shall have up to and including 21 days following a ruling on its motion to dismiss (Docket No. 59) to answer or otherwise respond to the First Amended Complaint.

Date: April 15, 2015